*John Nielsen* and *John P. Smith* for appellants.

*Nathaniel L. Goldstein, Attorney-General (John J. Quinn, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs. Both questions certified answered in the negative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of RICHARD M. BUCK, on Behalf of Himself and All Others Similarly Situated, Appellant, against T. NORMAN HURD, as Director of the Budget of the State of New York, Respondent.

Argued May 28, 1954; decided July 14, 1954.

*John T. De Graff* and *John J. Kelly, Jr.,* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

DAVID KARP COMPANY, INC., Appellant, *v.* SAINT PAUL FIRE AND MARINE INSURANCE COMPANY, Respondent.

Argued May 20, 1954; decided July 14, 1954.

